UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MARK GARNES,                                           :
                                                       :
                                                       :
                    Plaintiff,                         :
                                                       :
          v.                                           :    **ORDER**
                                                       :    20-CV-3387 (WFK) (SDE)
CITY OF NEW YORK, *et al.*,                            :
                                                       :
                                                       :
                    Defendants.                        :
--------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

On January 28, 2026, this Court received a letter request from Plaintiff Mark Garnes in

the above-captioned action at ECF No. 35.

On February 9, 2026, this Court ordered Defendants to file their response, either jointly

or separately, on ECF on or before Monday, March 2, 2026, at 5:00 P.M. ECF No. 36. This

Court further ordered Plaintiff to file his reply, if any, on or before Monday, March 23, 2026, at

5:00 P.M. *Id.*

Defendants failed to file a response. Moreover, on April 28, 2026, the Court received a

letter from Plaintiff noting he had not received the prior briefing schedule until March 31, 2026.

ECF No. 37.

On April 30, 2026, this Court again ordered Defendants to file a response to Plaintiff's

original letter at ECF No. 35, either jointly or separately, on ECF on or before Friday, May 29,

2026, at 5:00 P.M. ECF No. 38. This Court further ordered Plaintiff to file his reply, if any, on

or before Friday, June 26, 2026, at 5:00 P.M. *Id.*

On June 29, 2026, the Court received a letter from Plaintiff noting Defendants' failure,

once again, to file a response to Plaintiff's original letter at ECF No. 35. ECF No. 39.

The Court now ORDERS Defendants to file a response to Plaintiff's original letter at ECF No. 35, either jointly or separately, on ECF on or before Friday, July 31, 2026, at 5:00 P.M. Plaintiff shall file his reply, if any, on or before Friday, August 28, 2026, at 5:00 P.M.

The Clerk of Court is respectfully directed to mail a copy of this Order and an updated copy of the docket report to Plaintiff.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2026
Brooklyn, New York

2