UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------- X

MARK GARNES,

**NOTICE OF APPEARANCE**

Plaintiffs,

20 Civ. 03387 (WFK) (SDE)

-v-

THE CITY OF NEW YORK and DETECTIVE
DOUGLASS W. CARR,

Defendants.

--------------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that **CHRISTINE COLALILLO** hereby appears as

counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York,

attorney for the City of New York and Detective Douglas W. Carr. All papers and Electronic Case

Filing notifications in this matter should henceforth be served on Christine Colalillo at the address

listed below.

I certify that I am admitted to practice before this Court.

Dated: July 17, 2026
New York, New York

**STEVEN BANKS**
Corporation Counsel of the City of New
York *Attorney for Defendants City and Carr*
100 Church Street
New York, New York 10007
(212) 356-2599
ccolalil@law.nyc.gov

By:     /s/ Christine Colalillo
Christine Colalillo
*Assistant Corporation Counsel*

cc:     **ECF**
All Attorneys of Record