

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Phone: (212) 356-2599
Fax: (212) 356-3509
ccolalil@law.nyc.gov

July 30, 2026

**By ECF**
Honorable William F. Kuntz II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 12201

Re:  Mark Garnes  v. City of New York, et al.
20 Civ. 3387 (WFK) (SDE)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and Douglas Carr in the above referenced matter. Defendants write in accordance with the Court's Order to respond to Plaintiff's letter, dated January 14, 2026, Dkt. No. 35. See Order from Hon. William F. Kuntz II, dated June 29, 2026.

The entirety of Plaintiff's letter reads as follows:

" I, the above noted, submit this letter of request to the matter captioned above. Please provide such at your nearest convenience."

Plaintiff does not attach any exhibits to the letter.  And it is unclear what the  nature of the requested relief is although it appears to be  directed at the Court.  To the extent Plaintiff is seeking a status of the case, Defendants note that their fully dispositive motion to dismiss has been fully briefed since March 11, 2022 and all other deadlines are stayed. See Defendants' Fully Briefed Motion to Dismiss, filed March 11, 2022, Dkt. No. 23.

In light of the lack of specificity in Plaintiff's application, Defendants are unable to provide a more substantive response.

Thank you for your time and consideration.

Respectfully submitted,

*Christine Colalillo /s/*
Christine Colalillo
*Assistant Corporation Counsel*
Special Federal Litigation

To: Mark Garnes (by mail)
   Plaintiff *Pro Se*
   P.O. Box 160363
   Brooklyn, New York 11216