Mark Garnes
1205 Atlantic Ave., Unit #363
Brooklyn, New York 11216

ORIGINAL

September 9th, 2026

RECEIVED
SEP 09 2026
PRO SE OFFICE

Hon. William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

**RE: Mark Garnes v. NYPD, Det. Douglas Carr (Shield # 5126), et al. 20-CV- 3387 (WFK)(SDE)**

Dear Hon. Kuntz:

Plaintiff submits this reply to Defendant Carr's counsel's correspondence, dated, July 30, 2026, which to date has not been received by Plaintiff via USPS ("by mail") as indicated on Page 2 of counsel's correspondence. Seemingly, Defendant's attorney is answering Plaintiff's Letter dated, January 14, 2026, regarding Plaintiff's request to the status of the case.

On September 2, 2026, Plaintiff acquired Defendant's Counsel's July 30, 2026 correspondence, reply thereby personally going to the EDNY, Clerk's Office. In addition, acquiring an updated docket sheet. Here now, Defendant's counsel response acknowledges the Honorable Court's "BRIEFING SCHEDULE" Orders imposed on February 9, 2026, April 30, 2026 and June 29, 2026.

Plaintiff respectfully, request the Honorable Court's position here now that Defendant's counsel has replied to Plaintiff's January 14, 2026 `Status Letter? Thanking Your Honor in advance to the matter here before the Honorable Court.

Respectfully submitted,

Mark Garnes-Pro Se
1205 Atlantic Ave., Unit # 363
Brooklyn, New York 11216

REC'D IN PRO SE OFFICE
SEP 9 '26 PM3:58

I, Mark Garnes, hereby swears under the penalty of perjury pursuant to 28 U.S.C. Section 1746 that the above statements are true and correct to the best of my knowledge and recollection, herewith supporting documents exhibiting the facts append to this subject matter captioned.

Mark Garnes-Complainant-Pro Se
1205 Atlantic Ave., Unit # 363
Brooklyn, New York 11216

Dated: September 9th, 2026

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ORIGINAL

---------------------------------------- X

Mark Garnes, :

Plaintiff, :

:

:

-against-

:

City of New York, :
New York City Police Department
and Detective Douglas W. Carr, :
Shield No. 5126 (77th Pct.),

:

Defendants.

---------------------------------------- X

**AFFIRMATION OF SERVICE**
**Docket No. 20-CV-3387 (WFK)(SDE)**

RECEIVED
SEP 09 2026
PRO SE OFFICE

I, Mark Garnes, hereby declare under the penalty of perjury that I have hand-delivered the original to the Clerk of the Court, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for the Honorable William F. Kuntz, II, with one (1) copy of **PLAINTIFF'S Response Correspondence,"** via United States Postal Service to Christine Colalillo, Assistant Corporation Counsel for the City of New York Law Department, at the following address, 100 Church Street, New York, New York 10007.

**DATED:** September 9th, 2026
Brooklyn, New York

Mark Garnes-Pro Se
1205 Atlantic Ave., Unit 363
Brooklyn, New York 11216

REC'D IN PRO SE OFFICE
SEP 9 '26 PM3:58